**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| In re | ) Chapter 7 |
| LINDA K BANELIS, | ) Case No. 15-13584 |
| Debtor(s) | ) |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (JCP credit card [Last four digit of account:4203]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
September 24, 2015

                                                        By: /s/ Ramesh Singh

                                                        Ramesh Singh
                                                        c/o Recovery Management Systems Corporation
                                                        Financial Controller
                                                        25 SE 2nd Avenue, Suite 1120
                                                        Miami, FL 33131-1605
                                                        (305) 379-7674

Assignee Creditor: JCP credit card [Last four digit of account:4203]